No. 237, Misc. JACKSON v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Claims granted. Case

transferred to the appellate docket. *Charles D. Ablard* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.